# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN MATTHEW SPADONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 11-1601 (RWR) |
| v. ) | |
| ) | |
| JOHN M. McHUGH, ) | |
| ) | |
| Defendants ) | |
| _____) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant hereby files the attached Administrative Record electronically through the Court's ECF system.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney

RUDOLPH CONTRERAS D.C. Bar #434122
Assistant United States Attorney

By: _____/s/_____

Of Counsel:                   DANIEL J. EVERETT
Captain Jacob Wolf            Special Assistant U.S. Attorney
Litigation Attorney           555 Fourth Street, N.W., 10th Floor
U.S. Army Litigation Division Washington, D.C.  20530
9275 Gunston Road             (202) 353-9895
Fort Belvoir, Virginia 22060-5546  daniel.everett@usdoj.gov
(703) 693-1014